IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fernandes, Pamela | Case Number: 08 B 00264 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 1/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: March 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,137.00 | |
| Secured: | | 16,023.09 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,113.91 |
| Other Funds: | | 0.00 |
| Totals: | 17,137.00 | 17,137.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | The Fox Valley Legal Group Llc | Administrative | 727.00 | 0.00 |
| 2. | Plaza Bank | Secured | 0.00 | 0.00 |
| 3. | Standard Bank & Trust Co | Secured | 235,072.28 | 5,860.26 |
| 4. | Plaza Bank | Secured | 407,660.94 | 10,162.83 |
| 5. | Internal Revenue Service | Priority | 7,626.37 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 3,523.08 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 308.62 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 152.15 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 751.99 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 355.65 | 0.00 |
| 11. | Loyola University Phys Foundation | Unsecured | 1,108.66 | 0.00 |
| 12. | Excel Answering Service | Unsecured | 1,381.24 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 791.17 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 3,525.71 | 0.00 |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Cingular Wireless | Unsecured | | No Claim Filed |
| 20. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 662,984.86 | $ 16,023.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fernandes, Pamela

Printed: 10/22/08

Case Number: 08 B 00264
Judge: Wedoff, Eugene R
Filed: 1/7/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,113.91 |
|  | $ 1,113.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

